UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60634-BLOOM/Valle

ANITA JAIRAM,

    Plaintiff,

v.

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. [13]. It is **ORDERED AND ADJUDGED** that the above-styled case is hereby **DISMISSED WITH PREJUDICE** as to the named Plaintiff. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot. The CLERK is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 17th day of May, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

Counsel of record